CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS 10 OCT -4 PM 3: 40
AMARILLO DIVISION

DEPUTY CLERK __AC__

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Petitioner, | § | |
| | § | **2-10CV-236 - J** |
| V. | § | CIVIL ACTION NO. _____ |
| | § | |
| JOSE GONZALEZ | § | |
| Respondent, | § | |

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States

Attorney for the Northern District of Texas, and applies to this Honorable Court for an

Order requiring Jose Gonzalez (hereinafter, Respondent), to appear and give testimony

and produce certain books, records and papers as more fully set out in Exhibit A attached

hereto, relating to the tax liability and/or the collection of the tax liability of Respondent,

as requested by summonses issued pursuant to Section 7602 of the Internal Revenue Code

by Revenue Officer Sherry L. Ward, an authorized delegate of the Secretary of the

Treasury and of the Commissioner of Internal Revenue, to Respondent, on January 21,

2010, and Petitioner would respectfully show as follows:

I.

Respondent resides at 1309 N. Bolton Street, Amarillo, Texas 79107.

II.

Jurisdiction is conferred on this Court by Section 7604(a) of the Internal Revenue

Code (26 U.S.C. § 7604(a)).

III.

On January 26, 2010, Revenue Officer Sherry L. Ward, an authorized delegate of the Secretary of the Treasury and of the Commissioner of Internal Revenue, pursuant to Section 7603 of the Internal Revenue Code, served two summonses, copies of which are attached hereto and made a part hereof and marked Exhibit A, requiring Respondent to appear and give testimony and produce certain books, records and papers relating to the tax liability and/or the collection of the tax liability of Respondent, at 7201 I-40 West, Suite 105, Amarillo, Texas 79106 on February 23, 2010, by taping attested copies of the summonses to the front door at 1309 N. Bolton Street, Amarillo, Texas, the last and usual place of abode of Respondent.

IV.

On February 23, 2010, at 7201 I-40 West, Suite 105, Amarillo, Texas, the place specified in the summonses, Respondent did not comply with the requirements of the summonses as described in Exhibit A.

V.

Previous to the issuance of the summonses described above and attached hereto as Exhibit A, the representatives of the Internal Revenue Service had attempted to secure information from the Respondent with which to investigate the federal tax liability of Respondent for the taxable periods ending:  December 31, 2003; December 31, 2004; December 31, 2005; and December 31, 2006.  Previous to the issuance of the summonses described above and attached hereto as Exhibit A, the representatives of the Internal Revenue Service had attempted to secure information from the Respondent with which to investigate the collection of the federal tax liability of Respondent for the taxable period ending December 31, 2001.  The summonses attached hereto as Exhibit A were therefore

issued under Section 7602 of the Internal Revenue Code.  Respondent has refused to comply to date with the summonses.

VI.

Attached hereto as Exhibit B are the Declarations of Revenue Officer Sherry L. Ward, attesting to the facts recited herein and showing that, upon information and belief, the documents and testimony sought are relevant and necessary to properly investigate the federal tax liability of Respondent for taxable periods ended:  December 31, 2003; December 31, 2004; December 31, 2005; and December 31, 2006, and the collectability of taxes for the taxable period ending December 31, 2001.

VII.

The summonses, which are the subject matter of this action, were issued for a legitimate purpose, pursuant to the Internal Revenue Code, seek information relevant for that purpose, and seek testimony and documents which are not presently in the possession of the Internal Revenue Service.  The summonses were issued in compliance with all applicable statutes, rules and regulations, and there is no "Justice Department referral" in effect with respect to Respondent or any person whose tax liability is at issue, pursuant to said summonses, for the tax years in question as that term is defined in 26 U.S.C. § 7602(c).

WHEREFORE, the United States of America, Petitioner, respectfully prays:

(a)    That this Court issue an Order forthwith directing the Respondent to appear before this Court at such time as may be fixed by the court to show cause, if any, why an order should not issue directing and commanding the Respondent to appear before an Officer of the Internal Revenue Service at such time and place as the court may order and

to give such testimony and produce such records for inspection and copying as requested in the summonses attached hereto as Exhibit A.

(b)     That at the time of said hearing the court shall issue an order directing and commanding the said Respondent to appear before the Secretary of the Treasury or his delegate at such time and place as this Court may order and the Respondent be required to give such testimony and produce such records as requested in the summonses attached hereto as Exhibit A.

(c)     That the said Order to Show Cause shall also provide that service of such order together with a copy of this Petition and the attached Exhibits thereto may be made by an Agent of the Internal Revenue Service or by the United States Marshal for the Northern District of Texas or any of his Deputies.

(d)     That Petitioner shall have its costs of suit and such other and further relief as may be necessary or appropriate.

Respectfully submitted,

JAMES T. JACKS
United States Attorney

D. GORDON BRYANT JR.
Assistant United States Attorney
Amarillo National's Plaza/Two
500 S. Taylor, Suite 300
Lobby Box 238
Amarillo, Texas  79101-2442
Tel.     806.324.2356
Fax      806.324.2399
Email:  gordon.bryant@usdoj.gov
Texas State Bar No. 03274900

# Summons

# Collection Information Statement

**In the matter of** _JOSE GONZALEZ, 1309 N BOLTON ST, AMARILLO, TX 79107-7160_
**Internal Revenue Service** *(Identify Division)* _SMALL BUSINESS/SELF EMPLOYED_
**Industry/Area** *(Identify by number or name)* _SB/SE AREA 5 (25)_
**Periods:** _Form 1040 for the calendar period ending December 31, 2001_

**The Commissioner of Internal Revenue**

**To:** _JOSE GONZALEZ_
**At:** _1309 N BOLTON ST, AMARILLO, TX 79107-7160_

You are hereby summoned and required to appear before _SHERRY L WARD_, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From _10/01/2009_ To _01/20/2010_

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

## Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

_7201 I-40 WEST STE 105, AMARILLO, TX 79106-2634 (806) 359-2150_

**Place and time for appearance: At** _7201 I-40 WEST STE 105, AMARILLO, TX 79106-2634_

**IRS**

on the _23rd_ day of _February_, _2010_ at _1:30_ o'clock _p_ m.

Issued under authority of the Internal Revenue Code this _21st_ day of _January_, _2010_

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 6637 (Rev.10-2006)
Catalog Number 25000Q

| SHERRY L WARD | | REVENUE OFFICER |
|---|---|---|
| Signature of issuing officer | | Title |

| | | |
|---|---|---|
| Signature of approving officer *(if applicable)* | | Title |

**EXHIBIT**

**A**

**Original -- to be kept by IRS**



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|------|------|
| 1/26/10 | 2:16 pm |

**How**

**Summons**

**Was**

**Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Left Summons and 433-A Form in a sealed envelope
taped to front door at 1509 N. Bolton St.

| Signature | Title |
|-----------|-------|
| S. Ward | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
|  |  |

Catalog No. 25000Q

Form **6637** (Rev. 10-2006)



# Summons

## Income Tax Return

**In the matter of** JOSE GONZALEZ, 1309 N BOLTON ST, AMARILLO, TX 79107-7160
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 5 (25)
**Periods:** Form 1040 for the calendar periods ending December 31, 2003, December 31, 2004, December 31, 2005 and December 31, 2006

**The Commissioner of Internal Revenue**

**To:** JOSE GONZALEZ
**At:** 1309 N BOLTON ST, AMARILLO, TX 79107-7160

You are hereby summoned and required to appear before SHERRY L WARD, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2003, 2004, 2005 and 2006

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money).* Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2003, 2004, 2005 and 2006

We have attached a blank return to guide you in producing the necessary documents and records.

### Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

7201 I-40 WEST STE 105, AMARILLO, TX 79106-2634 (806) 359-2150

**Place and time for appearance: At** 7201 I-40 WEST STE 105, AMARILLO, TX 79106-2634

**IRS**

on the 23rd day of February , 2010 at 2:30 o'clock p m.

**Issued under authority of the Internal Revenue Code this** 21st **day of** January , 2010

Department of the Treasury
**Internal Revenue Service**
www.irs.gov

Form 6638 (Rev.10-2006)
Catalog Number 61828W

SHERRY L WARD _(signature)_
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

**Original -- to be kept by IRS**



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|------|------|
| 1/26/10 | 2:16pm |

**How** ☐ I handed an attested copy of the summons to the person to whom it was directed.

_____

**Summons** _____

**Was** ☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

**Served**

Left Summons and blank 1040 Tax forms for 2003, 2004,

2005 and 2006 in a sealed envelope taped to front door at

1309 N. Bolton St.

| Signature | Title |
|-----------|-------|
| S. Ward | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
|  |  |

Catalog No. 61828W                                   Form **6638** (Rev. 10-2006)

## UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, and )
                                                )

          **Petitioner**           )

                               )

          v.                   )        **Civil Action No.**

                               )

Jose Gonzalez                  )

                               )

          **Respondent**.       )

## DECLARATION

SHERRY L WARD declares:

1.    I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division Gulf States Compliance Area of the Internal Revenue Service at 7201 I-40 W, SUITE 105, MAIL CODE 5506 AMAR, AMARILLO, TX 79106-.

2.    In my capacity as a revenue officer I am conducting an investigation for the collection of tax liability of JOSE GONZALEZ  for the calendar year(s) ended: 12/31/2001 .

3.    In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on 01/21/2010, an administrative summons, Internal Revenue Service Form 6637, to Jose Gonzalez, to produce for examination books, papers, records, or other data as described in said summons.  The summons is attached to the petition as Exhibit A.

4.    In accordance with Section 7603 of Title 26, U.S.C., on 01/26/2010, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3)



above on the respondent, Jose Gonzalez, by leaving a copy at last and usual place of

abode, as evidenced in the certificate of service on the reverse side of the summons.

5.      On 02/23/2010, the respondent Jose Gonzalez, did not appear in response to

summons.  The respondent's refusal to comply with the summons continues to the date

of this declaration.

6.      The books, papers, records, or other data sought by the summons are not

already in the possession of the Internal Revenue Service.

7.      All administrative steps required by the Internal Revenue Code for issuance of a

summons have been taken.

8.      It is necessary to examine the books, papers, records, or other data sought by

the summons in order to collect the federal tax liability of JOSE GONZALEZ  for the

calendar year(s)  ended 12/31/2001.


        I declare under penalty of perjury that the foregoing is true and correct.


        Executed this 22 day of  September        ,  2010 .


                                        Sherry Ward
                                        SHERRY L. WARD, REVENUE

OFFICER

2

**UNITED STATES DISTRICT COURT**
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, and | ) |
| | ) |
| **Petitioner** | ) |
| | ) |
| v. | ) |
| | ) |
| Jose Gonzalez | ) |
| | ) |
| **Respondent**. | ) |

Civil Action No.

**DECLARATION**

SHERRY L WARD declares:

1.      I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division Gulf States Compliance Area of the Internal Revenue Service at 7201 I-40 W, SUITE 105, MAIL CODE 5506 AMAR, AMARILLO, TX 79106-2634.

2.      In my capacity as a revenue officer I am conducting an investigation into the tax liability JOSE GONZALEZ  for the calendar year(s) ended: 12/31/2003, 12/31/2004, 12/31/2005, 12/31/2006 .

3.      In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on 01/21/2010, an administrative summons, Internal Revenue Service Form 6638, to Jose Gonzalez, to produce for examination books, papers, records, or other data as described in said summons.  The summons is attached to the petition as Exhibit A.

4.      In accordance with Section 7603 of Title 26, U.S.C., on 01/26/2010, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3)

above on the respondent, Jose Gonzalez, by leaving a copy at last and usual place of abode, as evidenced in the certificate of service on the reverse side of the summons.

5.      On 02/23/2010, the respondent Jose Gonzalez, did not appear in response to summons.  The respondent's refusal to comply with the summons continues to the date of this declaration.

6.      The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7.      All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8.      It is necessary to examine the books, papers, records, or other data sought by the summons in order to properly investigate the federal tax liability of JOSE GONZALEZ  for the calendar year(s)  ended 12/31/2003, 12/31/2004, 12/31/2005, 12/31/2006.


I declare under penalty of perjury that the foregoing is true and correct.


Executed this _22_ day of _September_, _2010_.


_____
SHERRY L WARD, REVENUE

OFFICER

☜JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

D. Gordon Bryant, Jr., USAO, 500 S. Taylor, LB 238, Suite 300, Amarillo, Texas 79101, Tel. 806.324.2356

## DEFENDANTS

JOSE GONZALEZ

County of Residence of First Listed Defendant   Randall
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
26 USC Section 7602

Brief description of cause:
Enforcement of IRS summonses

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE
09/24/2010

SIGNATURE OF ATTORNEY OF RECORD
D. Gordon Bryant, Jr.

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____